AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

United States of America

vs.

(1) John Christopher Brunson

**EXHIBIT AND WITNESS LIST**

Case Number: MO:09-M-00239(1)

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| DAVID COUNTS | KERRY FLECK | DAMIAN CASTILLO |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| 09/16/2009 | DIGITAL | Cristina Lerma |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| X | | | | | JUANITA SANTANA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.