UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
SEP 2 3 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| Plaintiff, | INDICTMENT MO09CR238 |
| v. | [Vio: 18 U.S.C. § 2251(b) - Production of Child Pornography by a Parent] |
| JOHN CHRISTOPHER BRUNSON, | |
| Defendant. | |

THE GRAND JURY CHARGES:

## COUNT ONE
### [18 U.S.C. § 2251(b)]

That on or about September 3, 2009, in the Western District of Texas, the Defendant,

**JOHN CHRISTOPHER BRUNSON,**

being a parent or legal guardian of a minor, did knowingly permit such minor to engage in sexually explicit conduct for the purpose of producing a visual depiction, to wit: photographs, of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

A violation of Title 18, United States Code, Section 2251(b).

A TRUE BILL

Original signed by the
foreperson of the Grand Jury
_____
FOREPERSON OF THE GRAND JURY

JOHN E. MURPHY
Acting United States Attorney

*Kerry Fleck* (signature)

KERRY ANN FLECK
Assistant United States Attorney

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**MO09CR238**

| | | |
|---|---|---|
| SEALED: | | UNSEALED: XX |
| COUNTY: Midland | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: Sept. 23, 2009 | MAG CT #: MO-O9-M-239 | FBI #: |
| CASE NO: MO-09-CR- | ASSISTANT U.S. ATTORNEY: KERRY ANN FLECK | |
| DEFENDANT: JOHN CHRISTOPHER BRUNSON | | DOB: XXXXXXXXXX |

ADDRESS: XXXXXXXXXXXXXXXXXXXXXXX

CITIZENSHIP: USC     INTERPRETER NEEDED No  LANGUAGE:

DEFENSE ATTORNEY:
Mr. Damian Castillo

APPOINTED

DEFENDANT IS: Detained

DATE OF ARREST: Sept. 11, 2009     BENCH WARRANT:

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: No

PROSECUTION BY: Indictment

OFFENSE (Code and Description): Ct. 1 - 18 USC 2251(b) - Production of child pornography by parent.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: Ct. 1 - A 15 year minimum mandatory term of imprisonment, not to exceed 30 years; a 5 year minimum mandatory term of supervised release, not to exceed life; a fine not to exceed $250,000; and a $100 mandatory special assessment.

PENALTY IS MANDATORY: As stated above.

REMARKS: AGENT:
S/A Juanita Santana
Immigration & Customs Enforcement
P.O. Box 60405
Midland, Texas 79711-0405
432-617-0386 ofc
432-617-0380 fax

WDT-Cr-3