UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION


FILED

JAN 2 0 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. MO-09-CR-238 |
| ) | |
| JOHN CHRISTOPHER BRUNSON ) | |

## FACTUAL BASIS

If this case had gone to trial, the Government would have proven the following beyond a reasonable doubt:

That on or about September 3, 2009, in the Western District of Texas, the Defendant,

**JOHN CHRISTOPHER BRUNSON,**

being a parent or legal guardian of a minor, did knowingly permit such minor to engage in sexually explicit conduct for the purpose of producing a visual depiction, to wit: photographs, of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce. A violation of Title 18, United States Code, Section 2251(b).

Specifically, prior to September 3, 2009, the defendant took lascivious photographs of his three year old daughter. Some of these photographs depicted a lascivious display of the child's genitalia, ~~while others included photos of the child performing oral sex on the defendant.~~ These photographs were taken using a digital camera that was manufactured outside of the state of Texas, they were then uploaded onto the defendant's computer and saved there.

_____  _____
JOHN CHRISTOPHER BRUNSON     DAMIAN CASTILLO
Defendant                    Attorney for Defendant

JOHN E. MURPHY
UNITED STATES ATTORNEY

Date: 01-20-10            By: _____
                              KERRY ANN FLECK
                              Assistant United States Attorney
                              400 West Illinois, Suite 1200
                              Midland, Texas 79701