# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION
200 EAST WALL STREET, ROOM #107
MIDLAND, TEXAS 79701

**WILLIAM PUTNICKI**
CLERK OF COURT

June 21, 2010

Mr. Lyle W. Cayce
U.S. Court of Appeals - 5th Circuit
600 South Maestri Place
New Orleans, Louisiana 70130

Re:    USA vs John Christopher Brunson
        Criminal Action MO-09-CR-0238(1) / USCA 10-50549

Dear Sir:

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

___ Certified copy of the interlocutory notice of appeal and docket entries.

___ Certified copy of notice of subsequent appeal and docket entries.

___ Record on appeal consisting of:___ volume(s) of numbered record:___ Volume(s) of transcript:_____ Volume(s) under separate cover:

    ___ Pieces/container(s) of exhibits/depositions resent : _____PSI/SR

___ Supplemental record, including updated docket entries.

___ Copy of CJA-20 appointing counsel.

___ Judgment and Commitment Order.

_X_ Other: _Copy of Orders for Your Information_

With regard to the notice of appeal, the following additional information is furnished.

___ The Court of Appeals docket fee_____ **HAS**___ **HAS NOT** been paid. ___ Motion IFP filed. ___ No fee required by US.

___ This case_____ **is** _____ **is not,** proceeding in forma pauperis. ___Motion to appoint counsel on appeal filed.

___ Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed,

    it was paid on_____.

___ District Judge/Magistrate entering the order/judgment is_____

___ Court reporter assigned to this case is_____

___ If criminal case, number and names of defendants_____

___ This case was decided without a hearing, and therefore, there will be no transcript.

___ Appeal packet was given/sent to appellant.

Very truly yours,

/s/
Deputy Clerk